**William Roosevelt CLOUD,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America; Kurt W. Meyers; Michael Savage; Kenneth Randall; Frank D. Whitney, Respondents–Appellees.**

**No. 13–6047.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 26, 2013.

Decided: March 29, 2013.

William Roosevelt Cloud, Appellant Pro Se.

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Roosevelt Cloud appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cloud v. United States*, No. 3:12–cv–00775–RJC (W.D.N.C. Dec. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*